**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Of Counsel:
Susan Thorn, Esq.
sthorn@mshellerlaw.com

July 9, 2021

<span style="color:blue">So ordered.</span>

**VIA ECF**

<span style="color:blue">/s/ Hon. Alvin K. Hellerstein
July 9, 2021</span>

Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    *United States v. Medina (Denny Bautista)*
       **21-cr-377 (AKH)**

Dear Judge Hellerstein:

This letter is submitted on behalf of my client, Denny Bautista, to request an extension of one week, until Friday, July 16, 2021, to fully satisfy the terms of his pretrial release. This is Mr. Bautista's first request for an extension. Mr. Bautista was arraigned on Friday, July 2, 2021, and was released on a $10,000.00 personal recognizance bond. The terms of his bond required him to surrender his passport, abide by a curfew with electronic monitoring, and to get one financially responsible person, his mother, to co-sign by July 9, 2021.

Mr. Bautista has surrendered his passport and has electronic monitoring in place. His mother has submitted her documentation and is scheduled to be interviewed on Monday, July 12th with a Spanish interpreter. The holiday weekend and Ms. Bautista's health and schedule made it too difficult for her to be interviewed by today.

The government, through A.U.S.A. Matthew Weinberg, consents to this request.

Therefore, it is respectfully requested that Mr. Bautista be granted an additional week, until July 16, 2021, to fully comply with the terms of his release.

Respectfully submitted,

Meredith S. Heller

Cc:    A.U.S.A. Matthew Weinberg (via ECF)