**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

Of Counsel:
Susan Thorn, Esq.
sthorn@mshellerlaw.com

July 23, 2021

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Time is enlarged to August 20, 2021, to fully satisfy the terms of Defendant Danny Bautista's pretrial release.

So Ordered.
/s/ Hon. Alvin K. Hellerstein
July 26, 2021

RE:   *United States v. Medina (Denny Bautista)*
       21-cr-377 (AKH)

Dear Judge Hellerstein:

      This letter is submitted on behalf of my client, Denny Bautista, to request a final extension until Monday, August 16, 2021, to fully satisfy the terms of his pretrial release. This is Mr. Bautista's third request for an extension. Mr. Bautista was arraigned on Friday, July 2, 2021, and was released on a $10,000.00 personal recognizance bond that was to be co-signed by his mother, Ms. Garcia, by July 9, 2021. However, Ms. Garcia, who only speaks Spanish, has been out of the country and communication with her has been difficult. As stated in my previous request, filed July 16, 2021, I hoped that an alternative co-signer would be available. However, it seems that Ms. Garcia is the person best able to serve as a surety. Ms. Garcia returns to New York on August 11, 2021. The government, through A.U.S.A. Matthew Weinberg, consents to this request. Mr. Bautista's Pretrial Services Officer Joshua Rothman was contacted by the government for his consent but is away from the office.

      Therefore, it is respectfully requested that Mr. Bautista be granted an additional 24 days, until Monday, August 16, 2021, for his mother to co-sign his bond.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Matthew Weinberg (via ECF)
       P.T.S. Officer Joshua Rothman (via email)