```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   21-CR-00377-AKH-4
     -against-                        :   ORDER
                                      :
Denny Bautista                        :
                                      :
Defendant                             :
                                      :
-------------------------------------X
```

Alvin K. Hellerstein, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include Curfew enforced by location monitoring; hours to be determined by PTS (defendant to be permitted to self-install the equipment at the direction of Pretrial Services)

Dated: New York, New York

April ~~April~~ May 2, 2023

SO ORDERED:

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein
United States District Judge