Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

July 17, 2023

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The sentencing is adjourned to September 26, 2023, at 11:00 am.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 19, 2023

**RE:** *United States v. Medina (Denny Bautista)*
**21-cr-377 (AKH)**

Dear Judge Hellerstein:

  This letter is submitted on behalf of my client, Denny Bautista, to respectfully request a 30-day adjournment of his sentencing. Mr. Bautista's sentencing is currently scheduled for July 25, 2023. However, as your Honor is aware, Mr. Bautista currently has a matter pending in New York State Court in the Bronx. His next, and hopefully final, appearance is scheduled for August 7, 2023. The additional time will also permit undersigned counsel to supplement Mr. Bautista's sentencing memorandum, which was filed on July 11, 2023, with additional material regarding his progress on his GED.

  The government, through A.U.S.A. Matthew Weinberg does not oppose this request. It is requested that the government be granted additional time to file its sentencing submission. Wherefore, it is respectfully requested that Mr. Bautista's sentencing be adjourned for 30 days.

Respectfully submitted,

*/s/ Meredith Heller*
Meredith S. Heller

Cc: A.U.S.A. Matthew Weinberg (via ECF)