UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :   **SCHEDULING ORDER**
                                        :
            -against-                   :
                                        :   21 Cr. 377 (AKH)
DENNY BAUTISTA,                         :
                                        :
            Defendant.                  :
                                        :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing of Denny Bautista scheduled for September 26, 2023 will now begin at 10:00 a.m.


       SO ORDERED.

Dated:    September 21, 2023        __/s/ Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge