Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

October 20, 2023

*So ordered*
*10-24-23*
*[signature] AKHellerstein*

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *United States v. Medina (Denny Bautista)*
**21-cr-377 (AKH)**
**Travel Request**

Dear Judge Hellerstein:

    This letter is submitted on behalf of my client, Denny Bautista, to respectfully request that he be permitted to travel to New Jersey for the day on October 25, 2023, to go the Six Flags Amusement Park in Jackson, New Jersey. He will be leaving in the morning and returning the same night.

    Pretrial Services, through P.T.S. Officer Bostic, does not oppose this request. The government, through A.U.S.A. Matthew Weinberg defers to Pretrial Services.

Respectfully submitted,

*[signature]*
Meredith S. Heller

Cc: A.U.S.A. Matthew Weinberg (via ECF)
      P.T.S.O. Dayshawn Bostic (via email)